# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147206 & (78)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONALD DALE SOUTHWELL,
     Defendant-Appellant.

SC: 147206
COA: 307608
Calhoun CC: 2010-002358-FH

_____/

     On order of the Court, the application for leave to appeal the April 11, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to correct presentence information and to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



t0923

Clerk